IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFERY J. YATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of the Social Security ) <br> Administration, ) <br> ) <br> Defendant. ) | Case No. CIV-08-320-F |

## ORDER

On December 16, 2008, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act be affirmed.

Presently before the court is plaintiff's objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Roberts. The court finds plaintiff's objection to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts on December 16, 2008 (doc. no. 13) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff's application

for disability insurance benefits and supplemental security income payments under the Social Security Act, is **AFFIRMED**.

**IT IS SO ORDERED** this 12th day of January, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0320p002.wpd